# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sandra Lee Blackhoop, | ) | Case No. 1:24-cr-00009 |
| | ) | |
| Defendant. | ) | |

On February 11, 2025, the court issued an order conditionally releasing Defendant to Providence House for treatment. (Doc. No. 145). On February 21, 2025, the Pretrial Services Office informed the court that, while at Providence House, Defendant slipped and fell, breaking her ankle, is undergoing surgery, and will be unable to remain at Providence House for the next six weeks while she convalesces. Accordingly, the court on its own motion shall amend Defendant's release conditions as follows. Defendant shall reside at an address approved by the Pretrial Services Officer and not change this residence without the permission of the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court